DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

MELISSA RESTREPO and
FELIX RODRIGUEZ,

Appellants,

v.

BMF V FL SEVEN LAKES CARROLLWOOD, LLC;
SEVEN LAKES AT CARROLLWOOD,

Appellee.

No. 2D2025-2302

_____

June 12, 2026

Appeal from the County Court for Hillsborough County; Christine D. Edwards, Judge.

Melissa Restrepo and Felix Rodriguez, pro se.

No appearance for Appellee.

PER CURIAM.

    Affirmed.

MORRIS, SMITH, and LABRIT, JJ., Concur.

_____

Opinion subject to revision prior to official publication.